

# IN THE
## TENTH COURT OF APPEALS

_____

### No. 10-15-00216-CR

### EX PARTE M.A.R.

_____

### From the County Court at Law No. 2
### Ellis County, Texas
### Trial Court No. 1310051A

## MEMORANDUM  OPINION

Miguel Angel Reyes filed a Motion for Extension to File a Late Appeal and a Motion for Leave of Court to File a Late Appeal. The record shows that the trial court entered an order denying Appellant's writ of habeas corpus on February 24, 2015, and Reyes filed his motion notice of appeal and Motion for Extension of Time to File a Late Appeal on June 8, 2015.

By letter dated July 10, 2015, the Clerk of this Court notified Reyes that the appeal was subject to dismissal because it appeared that the Motion for Extension of Time to File a Late Appeal was untimely.  _See_ TEX. R. APP. P. 26.2(a)(1); TEX. R. APP. P. 26.3..  The Clerk also warned Reyes that the appeal would be dismissed unless, within

21 days of the date of the letter, a response was filed showing grounds for continuing the appeal. *See* TEX. R. APP. P. 44.3. Reyes did not file a response.

Accordingly, this appeal is dismissed.

AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed September 3, 2015
Do not publish
[CR25]

